IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRY FOSSLER, as Personal Representative
for the Estate of Carol Fossler, Deceased,

                                                                    ORDER
                    Plaintiff,

                                                                    15-cv-632-bbc
          v.

KIA MOTORS CORP., KIA R&D
CENTER, KIA MOTORS AMERICA,
Inc., and XYZ INSURANCE COMPANY,

                    Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Defendants have filed a motion to dismiss this case with prejudice and without cost to any party, advising the court that the case has been settled as to all parties.  Plaintiff filed no objection to the motion.

        Therefore IT IS ORDERED that this case is hereby dismissed with prejudice and without cost to any party.

        Entered this 5th day of February, 2016.

                                        BY THE COURT:

                                        /s/
                                        BARBARA B. CRABB
                                        District Judge

1